IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| Civil Action No. 08-cv-00845-PAB-MEH | Date: March 24, 2010 |
|---|---|
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| SYLVIA M. ASTEN, | Terry Wallace |
| Plaintiff, | |
| vs. | |
| CITY OF BOULDER, | Katherine M. L. Pratt |
| PATRICK COMPTON, and | L. Douglas Jewell |
| JEREMY FRENZEN, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**EVIDENTIARY HEARING – Plaintiff's Motion to Compel Defendant to answer certain interrogatories, to strike certain of Defendants' affirmative defenses, and for sanctions against Defendants for spoliation of evidence (Doc. #38, filed 1/25/10); and Defendants' Motion to Compel Discovery Responses (Doc. #54, filed 3/15/10)**

**Court in session:**   8:15 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Compel Defendant to answer certain interrogatories, to strike certain of Defendants' affirmative defenses, and for sanctions against Defendants for spoliation of evidence (Doc. #38, filed 1/25/10).  Plaintiff's Exhibit 1 is tendered to the Court.

| | |
|---|---|
| 8:50 a.m. | Commander Ron Gosage is sworn, cross-examined by Mr. Wallace, and questioned by the Court.<br>Plaintiff's Exhibit 2 is identified and admitted.  Plaintiff's Exhibit 1 is admitted. |
| 9:01 a.m. | Commander Ron Gosage is excused. |
| 9:09 a.m. | Sergeant Jeff Kessler is sworn, cross-examined by Mr. Wallace, questioned by the Court, and examined by Ms. Pratt.<br>Defendants' Exhibits B and A are identified. |
| 9:24 a.m. | Sergeant Jeff Kessler is excused. |

Further argument and discuss regarding Plaintiff's Motions (Doc. #38).

Argument and discussion regarding Defendants' Motion to Compel Discovery Responses (Doc. #54, filed 3/15/10).

Discussion regarding the signature page and service of the written discovery responses.

**ORDERED:** As stated on the record, Plaintiff's Motion to Compel Defendant to answer certain interrogatories, to strike certain of Defendants' affirmative defenses, and for sanctions against Defendants for spoliation of evidence (Doc. #38, filed 1/25/10); **and** Defendants' Motion to Compel Discovery Responses (Doc. #54, filed 3/15/10) **are GRANTED in part and DENIED in part.**

**Court in recess:** 10:00 a.m. (Hearing concluded)
**Total time in court:** 1:45