IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00845-PAB-MEH

SYLVIA M. ASTEN,

    Plaintiff,

v.

CITY OF BOULDER, a Colorado municipality;
PATRICK COMPTON and JEREMY FRENZEN,
in their individual and official capacities;

    Defendants.

---

## ORDER REGARDING SUBPOENAS
## FOR MEDICAL RECORDS OF SYLVIA M. ASTEN

---

    The Court, having conducted an evidentiary hearing on March 24, 2010, and having reviewed the positions of the parties, hereby orders that the following medical providers shall produce medical records of Sylvia M. Asten pursuant to the Defendants' subpoenas: (1) Boulder Community Hospital; (2) Boulder Community Hospital – Foothills Hospital; (3) Boulder Community Hospital – Mapleton Center; (4) Chris Allen; (5) Richard Malik, ND (placed for service on March 31, 2010); (6) Pridemark Paramedic Services, LLC (placed for service on March 31, 2010); (7) Warner House (placed for service on March 31, 2010); and (8) Paoli Memorial Hospital (placed for service on March 31, 2010). The Court is advised that Boulder Valley Pathology, Inc., Adam Kerzner, DC, and Colorado Mental Health Institute at Fort Logan have complied, or in the case of Dr. Kerzner, made arrangements to comply with the subpoenas issued by the Defendants.

Dated at Denver, Colorado, this 5th day of April, 2010.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge