IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00845-PAB-MEH

SYLVIA M. ASTEN,

    Plaintiff,

v.

CITY OF BOULDER, a Colorado municipality;
PATRICK COMPTON and JEREMY FRENZEN,
in their individual and official capacities;

    Defendants.

---

## ORDER RE: DEPOSITION OF DR. DOROTHY FARIS

---

The Court, having conducted a telephonic hearing on May 24, 2010, at which counsel for the parties appeared, hereby orders that the Defendants may take the deposition of Dr. Dorothy Faris consistent with Federal Rule of Civil Procedure 30 and the Protective Order previously entered by the Court [docket #30].

Dated at Denver, Colorado, this 24th day of May, 2010.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge