IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00845-PAB-MEH

SYLVIA M. ASTEN,

    Plaintiff,

v.

CITY OF BOULDER, a Colorado municipality,
PATRICK COMPTON, in his individual capacity, and
JEREMY FRENZEN, in his individual capacity,

    Defendants.
_____

### MINUTE ORDER ADMINISTRATIVELY CLOSING CASE
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Motion to Close Case [Docket No. 161] and defendants' response [Docket No. 162]. Upon consent of the parties, and in light of the settlement reached in this case, it is

    **ORDERED** that plaintiff's Motion to Close Case [Docket No. 161] is GRANTED. It is further

    **ORDERED** that all pending motions [Docket Nos. 106, 107, 136, and 156] are DENIED without prejudice. It is further

    **ORDERED** that this matter is administratively closed pursuant to D.C.COLO.LCivR 41.2.

    DATED September 27, 2011.