IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00845-PAB-MEH

SYLVIA M. ASTEN,

    Plaintiff,

v.

CITY OF BOULDER, a Colorado municipality,
PATRICK COMPTON, in his individual capacity, and
JEREMY FRENZEN, in his individual capacity,

    Defendants.
_____

### MINUTE ORDER REOPENING CASE
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants' Motion to Reopen Proceedings Earlier Subject to Administrative Closure [Docket No. 164]. For good cause show, it is

    **ORDERED** that defendants' Motion to Reopen Proceedings Earlier Subject to Administrative Closure [Docket No. 164] is GRANTED. It is further

    **ORDERED** that this case is reopened.

    DATED October 6, 2011.