IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00845-PAB-MEH

SYLVIA M. ASTEN,

    Plaintiff,

v.

CITY OF BOULDER, a Colorado municipality,
PATRICK COMPTON, in his individual capacity, and
JEREMY FRENZEN, in his individual capacity,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS COMPTON AND FRENZEN**
_____

    This matter comes before the Court upon the Joint Stipulated Motion to Dismiss Plaintiff Asten's Claims Against Defendants Compton and Frenzen, With Prejudice [Docket No. 166].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    ORDERED that the Joint Stipulated Motion to Dismiss Plaintiff Asten's Claims Against Defendants Compton and Frenzen, With Prejudice [Docket No. 166] is GRANTED.  It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Patrick Compton and Jeremy Frenzen are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 13, 2011.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge