IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00845-PAB-MEH

SYLVIA M. ASTEN,

    Plaintiff,

v.

CITY OF BOULDER, a Colorado municipality,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court upon the Joint Stipulated Motion to Dismiss Plaintiff Asten's Claims Against Defendant City of Boulder, With Prejudice [Docket No. 168]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Joint Stipulated Motion to Dismiss Plaintiff Asten's Claims Against Defendant City of Boulder, With Prejudice [Docket No. 168] is GRANTED. It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant City of Boulder are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED October 18, 2011.

                                           BY THE COURT:

                                           s/Philip A. Brimmer
                                           PHILIP A. BRIMMER
                                           United States District Judge